AO 240A

# UNITED STATES DISTRICT COURT
_____District of New Jersey_____

STEVEN C. THOMPSON,

                  Plaintiff                   ORDER ON APPLICATION
                                                                   TO PROCEED WITHOUT
    V.                                                             PREPAYMENT OF FEES

EVA'S VILLAGE AND SHELTERING           Case Number: 09-1510(SDW)
PROGRAM, et al.
                  Defendant

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

   ☐ The clerk is directed to file the complaint, and

   ☐    IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _See Letter Order filed October 20, 2008 under Docket No: 04-2578 (JAP)._

☒ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this _1ST_ day of _April_, 2009

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer